## HEALY vs. WAGNERS.

EASTERN DIS.
June, 1841.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

The appeal will be dismissed when there is nothing by which the judgment below can be tested.

This is an action against the acceptors of a bill of exchange, who have appealed from a judgment against them; but the record is imperfect and incomplete.

*L. C. Duncan*, for plaintiff.

*Morphy*, *J.* delivered the opinion of the court.

In this case there is neither statement of facts, nor bill of exceptions, nor assignment of errors, nor any other means afforded, by which the correctness of the judgment and proceedings below can be tested or examined.

The appeal is therefore dismissed with costs.